IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SA'MONE MARQUIS, : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-07005-JDW |
| : | |
| PHILADELPHIA GAS WORKS, (PGW), : | |
|     Defendant. : | |

## ORDER

AND NOW, this 8th day of January, 2026, upon consideration of Plaintiff Sa'Mone Marquis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Amended Complaint is **DEEMED** filed and is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying Memorandum. Ms. Marquis may file a second amended complaint on or before February 13, 2026. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Ms. Marquis's claims against each defendant. The second amended complaint shall be a complete document that does not rely on the initial Complaint, Amended Complaint, or other papers filed in this case to state a claim. When drafting her second amended complaint, Ms. Marquis should be mindful of my reasons for dismissing the claims in her Amended Complaint, as explained

in the accompanying Memorandum. Upon the filing of a second amended complaint, the Clerk shall not make service until I so order.

The Clerk of Court shall send Ms. Marquis a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing the above-captioned civil action number. Ms. Marquis may use this form to file her second amended complaint if she chooses to do so.

If Ms. Marquis does not wish to further amend and instead intends to stand on her Amended Complaint as pled, she may file a notice with the Court on or before February 13, 2026, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

If Ms. Marquis fails to file any response to this Order, I will conclude that Ms. Marquis intends to stand on her Amended Complaint and will issue a final order dismissing this case.

It is **FURTHER ORDERED** that Ms. Marquis's Motion for Referral to Mediation (ECF No. 6) is **DENIED** as premature.

                                      **BY THE COURT:**

                                      */s/ Joshua D. Wolson*
                                      **JOSHUA D. WOLSON, J.**