IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SA'MONE MARQUIS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-cv-07005-JDW |
| | : | |
| PHILADELPHIA GAS WORKS, (PGW), | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 13th day of March, 2026, upon consideration of Plaintiff Sa'Mone Marquis's Second Amended Complaint (ECF No. 10), it is **ORDERED** as follows.

1.      Ms. Marquis's claims for failure to accommodate and retaliation under the Americans with Disabilities Act are **DISMISSED WITH PREJUDICE**.

2.      Ms. Marquis's disability discrimination claim based on her termination, her sex-based retaliation, and her sex-based hostile work environment claim under Title VII shall proceed at this time to service by the U.S. Marshals Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule Of Civil Procedure 4(c)(3), against Defendant Philadelphia Gas Works, (PGW).

3.      In anticipation of service by the U.S. Marshal Service, the Clerk of Court is shall send a copy of this Order to Ms. Marquis together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form"). The Clerk of Court shall record the mailing on the docket.

4.      To proceed with service, Ms. Marquis must complete the USM-285 Form for Philadelphia Gas Works, (PGW) and return the completed form to the Clerk's Office on or before April 3, 2026. The U.S. Marshal Service cannot make service until Ms. Marquis completes and returns this form.

5.      In completing the USM-285 Form, Ms. Marquis should complete the USM-285 Form for Philadelphia Gas Works, (PGW). Ms. Marquis shall not complete a USM-285 Form for any other individual or entity. Ms. Marquis must provide an address at a location where the U.S. Marshals Service can serve PGW. **The U.S. Marshals Service cannot serve PGW at a P.O. Box address.** Ms. Marquis must sign the USM-285 Form on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide a telephone number and the date where indicated. Failure to include a proper address may result in PGW not being served and/or the dismissal of Ms. Marquis's claims.

6.      Failure to return a completed USM-285 Form in accordance with the above instructions may result in dismissal of this case for failure to prosecute, without further notice.

7.      The Clerk of Court shall docket any USM-285 Forms that Ms. Marquis returns in this case.

8.      The Clerk of Court shall not issue a summons at this time. I will direct issuance of a summons upon receipt of a properly completed USM-285 Form.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**